# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2013

146680(52)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

**IN RE SANDERS, Minors**

SC: 146680
COA: 313385
Jackson CC: 11-002828-NA

_____

     On order of the Chief Justice, the motion of amicus curiae Juvenile Appellate Practice Clinic of the University of Detroit Mercy School of Law to participate in oral argument on behalf of the minor children is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2013



Clerk